UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS TORRES,

                      Plaintiff,

        -against-

DOE,

                      Defendant.

25-cv-4972 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the August 18, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 19, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                         Chief United States District Judge